SEALED
ORIGINAL ORDER OF THE COURT

ʒⁿ]

**WARNING:   THIS DOCUMENT FILED UNDER SEAL PURSUANT TO AMENDED GENERAL ORDER REGARDING GUIDELINE SENTENCING FILED ON AUGUST 22, 1990**

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Drug/Organized Crime Section

BEVERLY WEE SAMESHIMA #2556
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:  Beverly.Sameshima@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 1 6 2006

at 3 o'clock and 3⁰ min ʔ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00061-04 JMS |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S MOTION FOR DOWNWARD |
| | ) | DEPARTURE AND SENTENCING |
| vs. | ) | RECOMMENDATION AS TO DEFENDANT |
| | ) | CHRISTOPHER MABANAG; CERTIFICATE |
| CHRISTOPHER MABANAG,    (04) | ) | OF SERVICE |
| | ) | |
| | ) | Date:   February 27, 2006 |
| Defendant. | ) | Time:   2:15 p.m. |
| | ) | Judge:  J. Michael Seabright |

GOVERNMENT'S MOTION FOR DOWNWARD DEPARTURE AND
SENTENCING RECOMMENDATION AS TO DEFENDANT CHRISTOPHER MABANAG

        The United States of America ("United States") herein

moves pursuant to 18 U.S.C. § 3553(e) and Section 5K1.1 of the

Sentencing Guidelines for a motion for downward departure based

upon the cooperation of Defendant Christopher Mabanag

UNSEALED BY ORDER OF THE COURT
DATE: 1/8/07

SEALED
BY ORDER OF THE COURT

199

("Mabanag"). Mabanag was charged by a federal grand jury on
September 15, 2004, in a Third Superseding Indictment on three
counts: one count for conspiracy to distribute and possess with
intent to distribute 50 grams or more of methamphetamine and two
substantive counts alleging knowing and intentional attempt to
possess with intent to distribute 50 grams or more of
methamphetamine and knowing and intentional possession with
intent to distribute 50 grams or more of methamphetamine.
Mabanag was arrested by state authorities on outstanding state
charges in January 2004 with three other individuals, Jaime
Agtang, Dan Tauyan and Felipe Domanguera, after a FedEx parcel
containing over three pounds of methamphetamine was intercepted
in San Diego, California and a controlled delivery of the parcel
to Agtang's residence in Waipahu was effected. While law
enforcement officers were surveilling Agtang's house, they
observed Mabanag arrive with a FedEx parcel, similar to the one
which was the subject of the controlled delivery. Mabanag
intended to get a ride with Co-defendant Agtang to deliver the
parcel to Dan Langaman, a defendant in another related case. The
parcel was eventually opened and found to contain over two pounds
of methamphetamine. In his post-arrest statement, Mabanag
disclosed that he had received approximately five other drug
parcels over the past couple months and that he received between
$400 and $500 per parcel from Dan Langaman. He also made money

2

orders for Langaman.  (Draft Presentence Investigation Report ¶¶ 23, 25)

After his arrest, Mabanag agreed to cooperate and provided information concerning the drug trafficking organization which was responsible for the distribution of multi-kilogram quantities of methamphetamine in Hawaii.  The information he provided was found to be credible and was corroborated by Jaime Agtang, another defendant who cooperated with the government early in the case.  Mabanag's cooperation led in part to the prosecution and arrest of Dan Langaman, one of the leaders of the organization, and his sister, Pearlie Lou Moore.  Mabanag pled guilty pursuant to a plea agreement on January 28, 2005.

The Presentence Report ("PSI") calculates Mabanag's total base offense level as 33, criminal history category I (135-168 months) and he received adjustments for acceptance of responsibility (-3).  (See PSI ¶¶ 39-40)  He also qualified for the safety valve provisions and received a two level reduction under that section.  (See PSI ¶ 34)  The government concurs with the Probation Office's calculation of Mabanag's base offense level and recommends a seven level departure to level 26 (63 to 78 months) and suggests that Mabanag be sentenced at the mid level of those guidelines.  This recommendation is premised on the guideline calculations as set forth in the Draft PSI dated September 2, 2005.  The defendant has filed several objections to

the PSI, asserting that he is entitled to a significant reduction in base offense level based upon minor role and with respect to the drug quantities for which he should be held responsible. Should this Court determine that the objections[1] are well taken and the guideline calculations change significantly, the government reserves the right to modify its downward departure recommendation.

This Court should also be advised that Mabanag's cooperation is not yet complete. He is a key government witness in a case currently set for trial before Judge Ezra in May 2006, United States v. Silver Galindo, Cr. No. 04-0053 DAE. Accordingly, Mabanag may qualify for a Rule 35 motion based upon his cooperation in that case. WHEREFORE, for all of the foregoing, the United States requests that its motion be granted.

DATED:  February 16, 2006, at Honolulu, Hawaii.

Respectfully submitted,

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By _____
   BEVERLY WEE SAMESHIMA
   Assistant U.S. Attorney

---

[1]  The government will be filing under separate cover, its position with respect to the defendant's objections.

4

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served by First Class Mail:

David Klein, Esq.
841 Bishop Street, Suite 211
Honolulu, Hawaii 96813

Attorney for Defendant
CHRISTOPHER MABANAG

Served by hand-delivery:

Anne Shimokawa
U.S. Probation Officer
300 Ala Moana Blvd., Rm. C-110
Honolulu, Hawaii   96850

DATED:  February _16_, 2006, at Honolulu, Hawaii.