ORIGINAL

EDWARD H. KUBO, JR.   #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON   #4532
Chief, Major Crimes Section

DARREN W.K. CHING   #6903
Assistant U.S. Attorney
PJKK Federal Bldg., Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Darren.Ching@usdoj.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 8 2007

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

LODGED

JAN 05 2007

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   vs.<br><br>CHRISTOPHER MABANAG, (04)<br><br>   Defendant. | CR. NO. 04-00061-04 JMS<br><br>EX PARTE MOTION TO UNSEAL THE GOVERNMENT'S MOTION FOR DOWNWARD DEPARTURE AND SENTENCING RECOMMENDATION AS TO DEFENDANT CHRISTOPHER MABANAG; ORDER GRANTING EX PARTE MOTION TO UNSEAL THE GOVERNMENT'S MOTION FOR DOWNWARD DEPARTURE AND SENTENCING RECOMMENDATION AS TO DEFENDANT CHRISTOPHER MABANAG |

<u>EX PARTE MOTION TO UNSEAL THE GOVERNMENT'S
MOTION FOR DOWNWARD DEPARTURE AND SENTENCING
RECOMMENDATION AS TO DEFENDANT CHRISTOPHER MABANAG</u>

Comes now UNITED STATES OF AMERICA, through its undersigned attorneys, and hereby moves this Court for an order unsealing the Government's Motion for Downward Departure and Sentencing Recommendation as to Defendant Christopher Mabanag in the above-entitled matter on the ground that pursuant to the plea agreement in the above-entitled matter, the defendant Christopher Mabanag will be testifying as a witness in <u>United States v.</u>

<u>Silver Jose Galindo</u>, Cr. No. 04-00053 DAE, and said motion will be provided to the defendant as <u>Gigilio</u> material.

This Motion is based on the records and files of this case and those of Cr. No. 04-00053 DAE.

DATED: Honolulu, Hawaii, JAN 0 5 2007 .

           EDWARD H. KUBO, JR.
           United States Attorney
           District of Hawaii


           By _____
              DARREN W.K. CHING
              Assistant U.S. Attorney

           Attorneys for Plaintiff
           UNITED STATES OF AMERICA