IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 04-00061-04 JMS |
|---|---|
| Plaintiff, | ) ORDER GRANTING EX PARTE ) MOTION TO UNSEAL THE |
| vs. | ) GOVERNMENT'S MOTION FOR ) DOWNWARD DEPARTURE AND |
| CHRISTOPHER MABANAG, (04) | ) SENTENCING RECOMMENDATION AS ) TO DEFENDANT CHRISTOPHER |
| Defendant. | ) MABANAG ) |

ORDER GRANTING EX PARTE MOTION TO UNSEAL
THE GOVERNMENT'S MOTION FOR DOWNWARD DEPARTURE AND
SENTENCING RECOMMENDATION AS TO DEFENDANT CHRISTOPHER MABANAG

The Court having considered the UNITED STATES OF AMERICA's Ex Parte Motion to Unseal the Government's Motion for Downward Departure and Sentencing Recommendation as to Defendant Christopher Mabanag, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Government's Motion for Downward Departure and Sentencing Recommendation as to Defendant Christopher Mabanag in regard to the above-entitled matter be unsealed.

DATED: Honolulu, Hawaii, January 6, 2006.

J. MICHAEL SEABRIGHT
U.S. District Court Judge
District of Hawaii