AO 422 (Rev. 12/85) Warrant for Arrest

ORIGINAL

SEALED
BY ORDER OF THE COURT

# UNITED STATES DISTRICT COURT
## District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 09 2007

at 9 o'clock and 25 min. A.m
SUE BEITIA, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
| V. | Case Number: CR 04-00061DAE-04 |

CHRISTOPHER MABANAG
2339 California Avenue
Wahiawa, Hawaii

(Name and Address of Defendant)

2004 SEP 15 PM 2: 50
U.S. MARSHAL HONOLULU, HI
RECEIVED

YOU ARE HEREBY COMMANDED TO ARREST CHRISTOPHER MABANAG and bring him or her forthwith to the nearest district/ magistrate judge to answer the Third Superseding Indictment and Sentencing Allegations, charging him or her with (brief description of offense)

Count 1:   Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine, a Schedule II Controlled Substance

Count 2:   Knowingly and Intentionally Attempt to Possess with Intent to Distribute Methamphetamine, a Schedule II Controlled Substance

Count 3:   Knowingly and Intentionally Possess with Intent to Distribute Methamphetamine, a Schedule II Controlled Substance

in violation of Title 21 United States Code, Section 846, 841(a)(1), and 841(b)(1)(A).

| Walter A.Y.H. Chinn | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |

| (signature) | September 15, 2004 at Honolulu, Hawaii |
|---|---|
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at   NO BAIL                    By: Leslie E. Kobayashi, United States Magistrate Judge

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| Date Received | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| Date of Arrest  10-21-04 | James Yuen  GS | (signature) |