# MINUTES

CASE NUMBER:   CRIMINAL 04-00061JMS-04

CASE NAME:   United States of America vs. Christopher Mabanag

ATTYS FOR PLA:   Loretta Sheehan

ATTYS FOR DEFT:   David Klein

INTERPRETER:

JUDGE:   J. Michael Seabright     REPORTER:   Ann Matsumoto

DATE:   06/17/2008     TIME:   9:35 - 9:55

COURT ACTION:   Status Conference:

Defendant present in custody with counsel David Klein.

Status Conference held regarding Motion Pursuant to Rule 35(b) Downward Departure.

Arguments heard.

Ms. Sheehan to file memo regarding defendants cooperation.

Submitted by:   Dottie Miwa, Courtroom