IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00061-04 JMS |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING MOTION FOR |
| | ) | REDUCTION OF SENTENCE |
| vs. | ) | PURSUANT TO FEDERAL RULE |
| | ) | OF CRIMINAL PROCEDURE  35(b) |
| CHRISTOPHER MABANAG, (04) | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER GRANTING MOTION FOR REDUCTION OF SENTENCE
PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 35(b)

On June 12, 2008, the United States filed a motion seeking an order

from this court reducing the sentence of defendant Christopher Mabanag

("defendant") pursuant to Federal Rule of Criminal Procedure 35(b).   The United

States filed a supplemental memorandum in support of its motion on June 19, 2008.

Rule 35(b) provides:

(1) In General. Upon the government's motion made within one
year of sentencing, the court may reduce a sentence if the
defendant, after sentencing, provided substantial assistance in
investigating or prosecuting another person.

(2) Later Motion. Upon the government's motion made more
than one year after sentencing, the court may reduce a sentence
if the defendant's substantial assistance involved:

(A) information not known to the defendant until one year or more after sentencing;

(B) information provided by the defendant to the government within one year of sentencing, but which did not become useful to the government until more than one year after sentencing; or

(C) information the usefulness of which could not reasonably have been anticipated by the defendant until more than one year after sentencing and which was promptly provided to the government after its usefulness was reasonably apparent to the defendant.

Defendant was sentenced by this court on February 27, 2006. During the sentencing hearing, the court granted the United States' motion for downward departure pursuant to United States Sentencing Guideline § 5K1.1. Taking into consideration all of defendant's cooperation up to the time of sentencing, *see United States v. Awad*, 371 F.3d 583 (9th Cir. 2004), and the 18 U.S.C. § 3553(a) sentencing factors, the court sentenced defendant to 57 months of incarceration.

The government's motion, filed more than one year after defendant's sentencing, demonstrates that within one year of sentencing, defendant provided further substantial assistance in the investigation and prosecution of another person. During this one-year period, defendant cooperated in the investigation and prosecution in *United States v. Silver Jose Galindo*, Cr. No. 04-00053 DAE. Specifically, defendant provided physical evidence regarding Galindo to a Special

Agent of the Federal Bureau of Investigation and was interviewed by an Assistant United States Attorney in preparation for trial.  Due to the timing of Galindo's trial, defendant's information did not become useful to the United States until more than one year after his sentencing.  As such, defendant qualifies for relief pursuant to Rule 35(b)(2)(B).

Based on the record, the court GRANTS the United States' motion and orders that defendant's original sentence of 57 months imprisonment be reduced to a sentence of TIME SERVED.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, June 20, 2008.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

*United States v. Mabanag*, Cr. No. 04-00061-04 JMS; Order Granting Motion for Reduction of Sentence Pursuant to Federal Rule of Criminal Procedure 35(b)